# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RODNEY C. REYNOLDS, JR.

NO. 2023 KW 0869

DECEMBER 4, 2023

---

In Re:     Rodney C. Reynolds, Jr., applying for supervisory
           writs, 22nd Judicial District Court, Parish of St.
           Tammany, No. 2052-F-2023.

---

**BEFORE:  McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

PMc
CHH

**Miller, J.,** concurs and would deny the writ application on
the showing made. Relator only made general allegations
regarding his request for discovery concerning the composition
of grand jury pools and failed to provide this court with any of
the information he alleged counsel discovered during a
preliminary investigation.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT